UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

FEB 2 5 2008 aew
FEB 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MR. Darin Townsend
_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

County of Cook
Tom Dart
Chief of Security
Seven Correctional
Officers (names unknown)

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1140
JUDGE GOTTSCHALL
MAG. JUDGE COLE

Case No. _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: MR. Darin Townsend

   B. List all aliases: None

   C. Prisoner identification number: R04658

   D. Place of present confinement: Vandalia Correctional Ctr.

   E. Address: P.O. Box 500　62471

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: County of Cook
      Title: Jail
      Place of Employment: 2600 So. California

   B. Defendant: Tom Dart
      Title: Sheriff / Warden
      Place of Employment: 2600 So. California

   C. Defendant: Chief of Security
      Title: Security of Jail
      Place of Employment: 2600 So. California

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Seven Cook County Correctional officers onduty At That time (Names unknown), Empolyeed At 2600 So California.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: **Darin Townsend v. Lt. Alvarez, et. al., 07C9104.**

B. Approximate date of filing lawsuit: **10·17·06 Approx.**

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: **Darin Townsend.**

D. List all defendants: **C/o Austin, C/o Cuellar, Lt. Nam, C.U. Alvarez, Sup. C. Plaxco, Nurse Jefferson, Thomas, Dr. Mansour.**

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **United States District Court Northern dist. Ill. Eastern Division - County of Cook.**

F. Name of judge to whom case was assigned: **Honorable Joan B. Gottschall.**

G. Basic claim made: **Dental, Medical dete dereliction of Duty, 8th Amendment Claim.**

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): **Settlement between myself ASA Romano DiBenedetto.**

I. Approximate date of disposition: **January 28, 2008.**

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① I was told to take every thing off (Strip Ass hole Naked) ← Statements made by officers. We (pre trial detainees) were told to lift arms above our heads palms out behind us wiggle fingers, lift left foot, lift Right foot, Squat down Cough, Stand take one Step back bend forward grab (Ass Cheeks) ← Statement made by C/O's and Cough, Run fingers through hair. Pick up Socks Shake them, put them on, Pick up Under ware Shake 'em out put them on, pick them Pants up from the Bottom Shake them out Put 'em on, Pick up under Shirt Shake it out put it on, if you have more than one shirt Shake them out and put that Shit on pick your Coats up and every thing on the yellow line and Sit on the bench. ② After which we were told to go into Certain holding Cells either

4

of which would determine where we would be housed As pretrial detainees until we were Sent it the Penitenary If that was our destination.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

20,000.00 Dollars in Compensatory Damages for each Defendant, And punitive Damages in the Amount of 15,000.00 dollars for each of the defendants And nominal damages in the Amount of 200.00 dollars for each of the defendants.

VI.  The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6th day of Feburary, 20 08

MR. Darin Townsend
(Signature of plaintiff or plaintiffs)

MR DARIN Townsend
(Print name)

R04658
(I.D. Number)

VANdilA Correctional Center
P.O. Box 500   1o2471
(Address)

6

Revised 9/2007