PRISONER CASE



MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** DARIN TOWNSEND

**Defendant(s):** COUNTY OF COOK, et al.

**County of Residence:** JOHNSON

**County of Residence:**

**Plaintiff's Address:**

Darin Townsend
R-04658
Vandalia - VAN
P.O. Box 500
Vandalia, IL   62471

**Defendant's Attorney:**

FILED
2-25-2008
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV1140
JUDGE GOTTSCHALL
MAG.JUDGE COLE

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** *A. P. Woodham*
Gottschall
Cole

**Date:** 02/25/2008

07 C 964