AO 240 (1/94)

# United States District Court

———— DISTRICT OF ————

FILED
FEB 25 2008
2-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MW

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE  08CV1140
JUDGE GOTTSCHALL
MAG. JUDGE COLE

I, _Darin Townsend_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _Vandila Correctional Center_

   Are you employed at the institution? _Yes_   Do you receive any payment from the institution? _Yes_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☑ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _Vandila Correctional Center (fifteen dollars) $15.00 per month._

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☐ No
   b. Rent payments, interest or dividends   ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No
   d. Disability or workers compensation payments   ☐ Yes   ☐ No
   e. Gifts or inheritances   ☑ Yes   ☐ No
   f. Any other sources   ☑ Yes   ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. _Sister - family. 20.00 no more!_

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Asanti Townsend Johnson
   Asanti Townsend Johnson

I declare under penalty of perjury that the above information is true and correct.

__2·6·08__                  __MR Darin Townsend__
DATE                        SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __-3.60__ on account to his/her credit at (name of institution) __Vandalia Corr. Center__. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ _____

__2/7/08__                  __Melinda Winters__
DATE                        SIGNATURE OF AUTHORIZED OFFICER

Date: 2/7/2008     Page 1
Time: 2:29pm

d_list_inmate_trans_statement_composite

# Vandalia Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 07/01/2007 thru End;  - Inmate: R04658;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: R04658 Townsend, Darin**      **Housing Unit: VAN-I -01-88**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.43 |
| 07/06/07 | Point of Sale | 60 Commissary | 187731 | 466744 | Commissary | -.07 | .36 |
| 07/12/07 | Payroll | 20 Payroll Adjustment | 193163 | | P/R month of 06/2007 | 16.43 | 16.79 |
| 07/18/07 | Point of Sale | 60 Commissary | 199731 | 468138 | Commissary | -12.51 | 4.28 |
| 08/06/07 | Mail Room | 01 MO/Checks (Not Held) | 218238 | 1784296 | Woods, Gale | 15.00 | 19.28 |
| 08/08/07 | Point of Sale | 60 Commissary | 220720 | 470688 | Commissary | -18.76 | .52 |
| 08/14/07 | Payroll | 20 Payroll Adjustment | 226163 | | P/R month of 07/2007 | 16.35 | 16.87 |
| 08/15/07 | Point of Sale | 60 Commissary | 227720 | 471435 | Commissary | -15.25 | 1.62 |
| 08/15/07 | Disbursements | 80 Postage | 227338 | Chk #29872 | 080907, Pitney Bowes Credit Co, Inv. Date: 08/09/2007 | -.41 | 1.21 |
| 08/15/07 | AP Correction | 80 Postage | 227538 | Chk #29872 Voided | 080907 - Pitney Bowes Credit C | .41 | 1.62 |
| 08/15/07 | Disbursements | 80 Postage | 227338 | Chk #29875 | 080907, Pitney Bowes Credit Co, Inv. Date: 08/09/2007 | -.41 | 1.21 |
| 08/29/07 | Mail Room | 01 MO/Checks (Not Held) | 241282 | 1790378 | Woods, Gale | 20.00 | 21.21 |
| 09/05/07 | Point of Sale | 60 Commissary | 248731 | 474229 | Commissary | -4.64 | 16.57 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 256163 | | P/R month of 08/2007 | 17.33 | 33.90 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256338 | Chk #30127 | 08202007, DOC: 523 Fund Inmate, Inv. Date: 08/20/2007 | -2.00 | 31.90 |
| 09/18/07 | AP Correction | 90 Medical Co-Pay | 261538 | Chk #30127 Voided | 08202007 - DOC: 523 Fund Inmat | 2.00 | 33.90 |
| 09/18/07 | Disbursements | 90 Medical Co-Pay | 261338 | Chk #30185 | 08202007, DOC: 523 Fund Inmate, Inv. Date: 08/20/2007 | -2.00 | 31.90 |
| 10/03/07 | Point of Sale | 60 Commissary | 276720 | 478031 | Commissary | -3.66 | 28.24 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285163 | | P/R month of 09/2007 | 14.40 | 42.64 |
| 10/12/07 | Disbursements | 90 Medical Co-Pay | 285338 | Chk #30349 | 09192007, DOC: 523 Fund Inmate, Inv. Date: 09/19/2007 | -2.00 | 40.64 |
| 10/12/07 | Disbursements | 90 Medical Co-Pay | 285338 | Chk #30349 | 09272007, DOC: 523 Fund Inmate, Inv. Date: 09/27/2007 | -2.00 | 38.64 |
| 10/23/07 | Mail Room | 01 MO/Checks (Not Held) | 296282 | 1790379 | Woods, Gale | 15.00 | 53.64 |
| 10/25/07 | Point of Sale | 60 Commissary | 298720 | 480457 | Commissary | -3.56 | 50.08 |
| 10/26/07 | Disbursements | 88 Asanti Townsend Johnson - Child Support | 299338 | Chk #30484 | 10262007, BFO/iv Receipt Accou, Inv. Date: 10/26/2007 | -10.00 | 40.08 |
| 10/26/07 | Disbursements | 88 Dasanti Townsend Johnson - Child Support | 299338 | Chk #30485 | 10262007, BFO/iv Receipt Accou, Inv. Date: 10/26/2007 | -10.00 | 30.08 |
| 11/01/07 | Point of Sale | 60 Commissary | 305731 | 481293 | Commissary | -29.27 | .81 |
| 11/14/07 | Payroll | 20 Payroll Adjustment | 318163 | | P/R month of 10/2007 | 13.44 | 14.25 |
| 11/15/07 | Point of Sale | 60 Commissary | 319731 | 482909 | Commissary | -14.05 | .20 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347163 | | P/R month of 11/2007 | 14.40 | 14.60 |
| 12/20/07 | Point of Sale | 60 Commissary | 354720 | 487311 | Commissary | -13.77 | .83 |
| 12/27/07 | Disbursements | 80 Postage | 361338 | Chk #30977 | 122607, Pitney Bowes Credit Co, Inv. Date: 12/26/2007 | -.41 | .42 |
| 01/14/08 | Payroll | 20 Payroll Adjustment | 014163 | | P/R month of 12/2007 | 11.52 | 11.94 |
| 01/14/08 | Disbursements | 81 Legal Postage | 014338 | Chk #31101 | 011008, Pitney Bowes Credit Co, Inv. Date: 01/10/2008 | -1.82 | 10.12 |
| 01/14/08 | Disbursements | 84 Library | 014338 | Chk #31103 | 0110, DOC: 523 Fund Inmate Rei, Inv. Date: 01/10/2008 | -.85 | 9.27 |
| 01/14/08 | AP Correction | 84 Library | 014538 | Chk #31103 Voided | 0110 - DOC: 523 Fund Inmate Re | .85 | 10.12 |
| 01/14/08 | Disbursements | 84 Library | 014338 | Chk #31104 | 0110, DOC: 523 Fund Library, Inv. Date: 01/14/2008 | -.85 | 9.27 |
| 01/15/08 | AP Correction | 81 Legal Postage | 015538 | Chk #31101 Voided | 011008 - Pitney Bowes Credit C | 1.82 | 11.09 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015338 | Chk #31106 | 011008, Pitney Bowes Credit Co, Inv. Date: 01/10/2008 | -1.82 | 9.27 |
| 01/17/08 | Point of Sale | 60 Commissary | 017720 | 489770 | Commissary | -8.93 | .34 |

Date: 2/7/2008
Time: 2:29pm
d_list_inmate_trans_statement_composite

# Vandalia Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 07/01/2007 thru End;　Inmate: R04658;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: R04658 Townsend, Darin**　　　　**Housing Unit: VAN-I -01-88**

| | |
|---|---:|
| Total Inmate Funds: | .34 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 3.94 |
| Funds Available: | -3.60 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

### RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/30/2008 | 01302008 | Disb | Medical Co-Pay - Sick Call | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 02/01/2008 | 0201 | Disb | Library Copies/Envelopes | 2 DOC: 523 Fund Library | $0.80 |
| 02/04/2008 | 020408 | Disb | Legal Postage | 6981 Pitney Bowes Credit Corp | $1.14 |
| | | | | **Total Restrictions:** | **$3.94** |