UNITED STATES DISTRICT COURT
DISTRICT OF ILLINOIS

FILED
FEB 2 5 2008
2-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) MR. DARIN TOWNSEND )
)
v. )
County of Cook, Chief of Security, )
Tom Dart, Seven Correc )
Defendant(s) )
)
)
)

Case 08CV1140
Judge JUDGE GOTTSCHALL
MAG. JUDGE COLE

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, DARIN TOWNSEND, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

/s/ Darin Townsend

Box 500, Reg. No. _____
VANDALIA CORRECTIONAL CENTER
VANDALIA IL, 62471

Date: 2·6·08