*MHK*

# United States District Court for the Northern District of Illinois

Case Number: __08C1140__   Assigned/Issued By: __aew__

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies __2 amended complaint__   Date: __3-26-08__

*(For use by Fiscal Department Only)*

Amount Paid: __X__   Receipt #: __X__

Date Payment Rec'd: __X__   Fiscal Clerk: _____

## ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets   (name of victim, who it's against and $ amount)

☐ Writ _____
(Type of Writ)

Original and _____ copies on _____ as to _____
(Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06