UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 26 2008
3-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DARIN TOWNSEND

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart, Warden Sheriff, CCJ; Chief of Security CCJ; and Seven Unknown Cook County Jail officers

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 08C-1140
(To be supplied by the Clerk of this Court)

The Honorable Judge; Gottschall and Magistrate; Judge Cole

AMENDED Complaint

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: MR. DARIN TOWNSEND

   B. List all aliases: NONE

   C. Prisoner identification number: R-04658

   D. Place of present confinement: Vandalia Correctional

   E. Address: P.O. Box 500, Vandalia, IL 62471

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart
      Title: Sheriff / Warden
      Place of Employment: Cook County Jail

   B. Defendant: Chief of Security
      Title: Security of Cook County Jail
      Place of Employment: 2600 South California

   C. Defendant: Seven Unknown Officer's
      Title: Cook County Jail Guards
      Place of Employment: Cook County Jail 2600 S. Cal.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 07-C-0964

B. Approximate date of filing lawsuit: May 15th 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Darin Townsend

D. List all defendants: Cook County Jail et al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Court Illinois

F. Name of judge to whom case was assigned: Joan B. Gottschall

G. Basic claim made: Constitution 8th Amendment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settled

I. Approximate date of disposition: Jan. 28, 2008

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Plaintiff was arrested on or about Sept. 30, 2006, on a charge of aggravated battery, and the Plaintiff pled guilty to 6 years, Illinois Department of Corrections.

Plaintiff was unable to post bond and remained in the Cook County Jail. Before the Plaintiff was admitted into the general population of the Cook County Jail, all pretrial detainees as the Plaintiff was subject to a blanket visual body cavity search. All detainees were lead into a hallway were officer's and people in general have access to the area and there's a main-desk that sits in the middle of this hallway for court return's ect.

Detainees are made to line-up along the Hallway wall which would be to the left of the main Desk. Next the Plaintiff + Detainees are ordered to strip-down to nothing but your Bare-Body, and ordered to perform the Tasks of; Beginning the processing strip search; one of the C/O's (name unknown) began to speak in a vulgar manner "you Muther Fuckers better hurry up for i start Kickin Some Ass, we (myself and the other pre-trial Detainees) were told by Another C/O to take every thing out of you Pockets and place it on the yellow line in front of you, take off your Coats if you have more than one seperate them, put it on the floor in front of you on the yellow line, take off your shirts if you if you have on more than one take them off one at a time and put them on the floor in front of you on the yellow line, take off you pants if you have on more than one pair take them off

one at a time and put them on the floor in front of you on the yellow line, if you have'em take off your underware one at a time put 'em on the yellow line in front of you. After about five minutes i guess everyone was told to turn around facing the wall, Then told to put our hands above our head with palms facing outward meaning behind us, then told to lift our Right foot and wiggle our toes (Same process left foot), Put 'em down take your hands down turn around, Put you hands on you head run 'em through your hair until i say stop we Repeated this process for about 20 seconds, take one hand pull back the fore skin on your Penis, Put it down, take one hand, lift up your sterotem Put 'em down. Take one step foward squat down cough, one more time cough, Stand up turn around face the wall bend over grab your but cheeks spread 'em now cough, cough and cough again. Stand up.

Your Honor, Honorable Ms. Joan B. Gottschall, the Plaintiff responds to the statement from the Court, and feels that the Court, pursuant to the legal arguments of the strip search, has set a predisposition against his legal claim; the Plaintiff ask this Honorable Court to hear his position in; Calvin v. Sheriff of Will County, 405 F.Supp. 933 (N.D. Ill. 2005); This case your honor was presided over by your colege, the Honorable Judge Gettleman, the Honorable Court dealt with a policy of the Will County Jail, a blanket strip search of ~~the new~~ detainees arrested on a warrent, persons realsed from custody after appearing from court. The jail policy was to strip search / visual body cavity search - policy 5080, found unconstitutional, and in Craft v.

County of San Bernadino, 468 F.Supp.2d 1172 (C.D. Cal. 2006); the Court Dealt with a strip searching policy of Pre-Arraignment was Unconstitutional of the 4th Amendment of U.S.CA. of America, and Article I, of the California Constitution and Article 1, 13 of the California Constitution.

So the Plaintiff feels that he has a viable claim where Relief can be Granted. Respectfully Submitted,

Darin Townsend
R-04658

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

20,000 dollars Each Defendant in Compensitory Damages, 15,000 dollars in Punitive Damages for Each Defendant and 200 dollars Each Defendant in Nominal Damages

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __5__, 20_08_

__Darin Townsend__
(Signature of plaintiff or plaintiffs)

__DARIN Townsend__
(Print name)

__R 04658__
(I.D. Number)

__Vandalia IL 62471__
__P.O. Box 500__
(Address)