

TO: CLERK OF THE COURT
   DIRKSON FEDERAL BUILDING
   219 SOUTH DEARBORN ST.
   CHICAGO, ILLINOIS 60604

FR: DARIN TOWNSEND
   #R-04658
   P.O. BOX 500
   VANDALIA, ILLINOIS 62471

RE: CASE NO. 08C 1140

**FILED**

MAY 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APRIL 30, 2008

Dear sir or madam;

   I am writing you this letter of correspondence in regards to clearing up who the chief of security could have been pertaining to my 42 U.S.C. 1983 that is in front of you. I do not have a name but it was the chief of security of division five during intake hours (7 a.m.-3p.m.) having to do with the strip searches on or about February of 2006. I hope that this can be of some help to you in serving the summons. I believe he should be listed as John Doe.

   Thank you for your time and consideration in this matter and I hope to hear from you in the very near future.

Respectfully

Darin Townsend R-04658

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

Sworn to and subscribed before me this
1st day of May, 2008
Witness my hand and official seal.
Notary Public Bruce K. Grigg