UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARIN TOWNSEND, | ) | |
| Plaintiff, | ) | 08 C 1140 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan B. Gottschall |
| TOM DART, WARDEN SHERIFF, C.C.J., | ) | |
| CHIEF OF SECURITY, C.C.J.; AND | ) | Magistrate Judge Cole |
| SEVEN UNKNOWN COOK COUNTY JAIL | ) | |
| OFFICERS, | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME DEFENDANTS, Thomas J. Dart, Sheriff of Cook County, by his attorney RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney Francis J. Catania, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure state as follows:

1) The undersigned Assistant State's Attorney was assigned this case on or about June 2, 2008.

2) Subsequent to that date, the Clerk of Court recorded the service of summons and entered a due date for answer of June 16, 2008.

3) At the time of assignment the undersigned was out of the office attending to a family need and failed to file an immediate appearance and request additional time to answer or otherwise plead.

4) The undersigned has requested information and documents as part of the investigation of the claims, which are necessary to properly prepare an answer or other pleading.

5) Additional time is therefore necessary and the granting of the requested relief will not prejudice the plaintiff.

**WHEREFORE DEFENDANTS pray that this Court:**

1) Grant an enlargement of time up to and including July 30, 2008 for the defendants to answer or otherwise plead; and

2) Grant any other relief the court deems just.

                Respectfully submitted,

                RICHARD A DEVINE
                State's Attorney for Cook County

By:   s/ Francis J. Catania
        Francis J. Catania, Attorney for Defendants

RICHARD A DEVINE
FRANCIS J. CATANIA  ARDC #6203188
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60602
(312) 603-6572