## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DARIN TOWNSEND, ) | |
|     Plaintiff, ) | 08 C 1140 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Joan B. Gottschall |
| TOM DART, WARDEN SHERIFF, C.C.J., ) | |
| CHIEF OF SECURITY, C.C.J.; AND ) | Magistrate Judge Cole |
| SEVEN UNKNOWN COOK COUNTY JAIL ) | |
| OFFICERS, ) | |
|     Defendants. ) | |

### NOTICE OF MOTION

To:   Darin Townsend, R04658
       Vandalia Correctional Center
       P.O. Box 500
       Vandalia, IL 62471

    PLEASE TAKE NOTICE that on June 26, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead, in Courtroom 2325 of the United States District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and served upon you.

                                                  Respectfully submitted,
                                                  RICHARD A DEVINE
                                                  State's Attorney for Cook County
                       By:    s/ Francis J. Catania
                                                  Francis J. Catania, Attorney for Defendants

FRANCIS J. CATANIA ARDC #6203188
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60602
(312) 603-6572

### PROOF OF SERVICE

I, Francis J. Catania, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to CM/ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 9, 2008.

[x] Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.

                                                        s/ Francis J. Catania ARDC #6203188