MHN

To whom it may concern

**FILED**
7-17-2008
JUL 1 7 2008
MD

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I am incarcerated at Vandalia Correctional Center todays date is 7th of july i am writing because i am being transfered to east moline Correctional Center i have a case pending in Court being presided by judge joan B Gottschall and Magistrate judge Cole.

Case # 08 C 1140

Thank you

Mr. Darin Townsend