Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1140 | **DATE** | **JUL 24 2008** |
| **CASE TITLE** | Darin Townsend (#R-04658) vs. County of Cook, et al. | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's change-of-address notice [#23]. The plaintiff is reminded of the court's basic filing requirements: (1) the plaintiff must provide the court with the original plus a judge's copy of every document filed; and (2) every document filed must include a certificate of service showing that a copy was mailed to opposing counsel. The clerk is directed to mail the plaintiff another copy of the court's filing instructions along with a copy of this order. In the future, the court may strike without considering any document filed that fails to comport with these basic filing rules.

Docketing to mail notices.

2008 JUL 24 PM 1:56
U.S. DISTRICT COURT

mjm