Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1140 | **DATE** | SEP 0 8 2008 |
| **CASE TITLE** | Darin Townsend (#R-04658) vs. County of Cook, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff is ordered to show good cause in writing why this case should not be dismissed for want of prosecution. Failure to respond within fourteen days of the date of this order will result in summary dismissal of this action, on the understanding that the plaintiff no longer wishes to pursue his claims.

■ **[For further details see text below.]**

Docketing to mail notices.

## STATEMENT

The plaintiff, currently a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, officials at the Cook County Correctional Center, violated the plaintiff's constitutional rights by subjecting him to an unreasonable strip search upon his arrival at the jail. This matter is before the court to verify the plaintiff's interest in pursuing his claim.

On July 9, 2008, the defendants filed a motion to dismiss the complaint for failure to state a claim. The defendants persuasively argue that the plaintiff's arrest on a charge of a violent felony justified the strip search.

Although advised of his opportunity to respond–and given almost two months in which to do so, *see* briefing schedule entered July 24, 2008, the plaintiff has not filed an opposing brief contesting the motion. In fact, the court's docket reflects no activity on the part of the plaintiff since he filed a change-of-address notice in July. It would appear that the plaintiff may have lost interest in pursuing this matter. The court will not prosecute the plaintiff's case for him.

For the foregoing reasons, the plaintiff is ordered to show good cause in writing why this case should not be dismissed for want of prosecution. Failure to respond within fourteen days of the date of this order will result in summary dismissal of this action, on the understanding that the plaintiff no longer wishes to proceed with this lawsuit.

mjm